NUMBER 13-04-602-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________ _____________

TOMAS CAMINORREAL, JR.,                                             Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
________________________________________________ _____________

On appeal from the County Court at Law No. 2 
of Victoria County, Texas.
________________________________________________ _____________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, THOMAS CAMINORREAL, JR., attempts to appeal a conviction for
unlawful carrying a weapon. The trial court has certified that “the defendant has
waived the right of appeal.” See Tex. R. App. P. 25.2(a)(2).
         On November 22, 2004, this Court notified appellant’s counsel of the trial
court’s certification and ordered counsel to: (1) review the record; (2) determine
whether appellant has a right to appeal; and (3) forward to this Court, by letter,
counsel’s findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certification.
         On November 30, 2004, counsel filed a letter brief with this Court. Counsel’s
response fails to establish either that the certification currently on file with this Court
is incorrect or that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.

                                                      PER CURIAM

Do not publish. 
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and 
filed this the 16th day of December, 2004.